

# IN THE
# TENTH COURT OF APPEALS

———————————

### No. 10-22-00156-CV

**JENNIFER STEWART, STEVEN
STEWART, DONALD STEWART,
AND KATHY STEWART, D/B/A
ROYAL HORSE FARMS,**

                                                   **Appellants**

 **v.**

**SHARON LEE,**

                                                   **Appellee**

———————————

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D20-29111-CV

---

## MEMORANDUM OPINION

---

By Order dated August 25, 2022, we directed appellants to pay or make arrangements to pay the clerk's fee for preparation of the record within twenty-one days. Appellants were notified that failure to do so would result in dismissal of this appeal for want of prosecution.

Texas Rule of Appellate Procedure 37.3(b) provides that if an appellant fails to pay or make arrangements to pay the clerk's fee for preparation of the record, the Court

may "dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. The court must give the appellant a reasonable opportunity to cure before dismissal." TEX. R. APP. P. 37.3(b). To date, the record does not reflect that appellants have paid or made arrangements to pay for the clerk's record or that appellants are entitled to proceed without payment of costs. Therefore, pursuant to Rule 37.3(b), we hereby dismiss this appeal for want of prosecution. *Id.*

Appellants' pro se Motion for Voluntary Dismissal with Leave to Refile is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed November 2, 2022
[CV06]

